```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

IN RE: ARMANDIA COLLINS FKA ARMANDIA RAYBON   )
                                              )
Bank of America, N.A., successor by           )
merger to BAC Home Loans Servicing, LP,       )
            Creditor,                         )
                                              )
    vs.                                       ) CASE NO. 08B11248
                                              )JUDGE A. Benjamin Goldgar
ARMANDIA COLLINS FKA ARMANDIA RAYBON,         )
            Debtor                            )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of August 30, 2011:

   a. Attorney's Fees                                    $250.00
   b. Payments                                       $13,147.50
   (1/11 – 5/11: 5 @ $1,336.91 ea)
   (6/11 – 10/11: 5 @ $1,292.59 ea)
   c. Escrow Balance                                   $3,786.38
   d. Suspense                                        ($1,118.39)

   If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP rights to collect these amounts will be unaffected.

** Please note-loan is in active review for a loan modification.**

                      Respectfully Submitted,

                      Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

                      /s/Yanick Polycarpe
                      Yanick Polycarpe
                      ARDC#6237892
                      Pierce and Associates, P.C.
                      1 North Dearborn
                      Suite 1300
                      Chicago, Illinois 60602
                      (312)346-9088